

JS - 6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

AMBER J. ROBLES,

    Petitioner,

v.

WALTER MILLER, WARDEN,

    Respondent.

Case No.  EDCV 11-1994-GAF (MLG)

JUDGMENT

IT IS ADJUDGED that the motion is denied and this action is dismissed without prejudice.

Dated: December 20, 2011

_____
Gary A. Feess
United States District Judge