FILED
DEC 21 2011
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

JS-6/ENTER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| AMBER J. ROBLES, <br>     Petitioner, <br> v. <br> WALTER MILLER, WARDEN, <br>     Respondent. | Case No.  EDCV 11-1994-GAF (MLG) <br><br> JUDGMENT |

IT IS ADJUDGED that the motion is denied and this action is dismissed without prejudice.

Dated: December 20, 2011

_Gary Fees_
Gary A. Fees
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC 21 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY